MARIA SCHUESSLER et al., Respondents, *v.* THE FIRE INSURANCE COMPANY OF THE COUNTY OF PHILADELPHIA, Appellant.

Reported below, 103 App. Div. 12.
(Submitted May 29, 1905; decided June 6, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the judgment of affirmance by the Appellate Division was unanimous, and, therefore, not appealable to the Court of Appeals; that no permission to appeal had been granted, and that the exceptions were frivolous.

*Alexander S. Bacon* for motion.

*George Richards* opposed.

Motion denied, with ten dollars costs.